# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 3, 2023

## NO. 03-22-00621-CV

**J. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
## AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the order signed by the trial court on September 29, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.